UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
CANON U.S.A., INC.,                                      :   Case No. 2:19-cv-03339-SJF-AKT
                                                         :
                    Plaintiff,                           :   ECF Case
                                                         :
        - against -                                      :   **STIPULATION**
                                                         :
HAWORTH, INC.,                                           :
                                                         :
                    Defendant.                           :
-------------------------------------------------------- X

FILED CLERK
2:07 pm, Jul 17, 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Canon U.S.A., Inc. and Defendant Haworth, Inc. that: (1) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby withdraws without prejudice the Third Cause of Action in its Complaint With Jury Demand, dated June 5, 2019 (the "Complaint"); and (2) Defendant's time to respond to the Complaint is hereby extended from July 17, 2019 to and including July 26, 2019.

Dated: July 16, 2019

| DORSEY & WHITNEY LLP | FRIEDMAN & WITTENSTEIN |
| | A Professional Corporation |
| By: /s/ Jonathan Montcalm | By: /s/ Stuart I. Friedman |
| Jonathan Montcalm | Stuart I. Friedman |
| montcalm.jonathan@dorsey.com | sfriedman@friedmanwittenstein.com |
| 51 West 52nd Street | 599 Lexington Avenue |
| New York, New York 10019 | New York, New York 10022 |
| (212) 415-9200 | (212) 750-8700 |
| *Attorneys for Plaintiff Canon U.S.A., Inc.* | *Attorneys for Defendant Haworth, Inc.* |

SO ORDERED this 17th day of July, 2019.

s/ Sandra J. Feuerstein
_____
Sandra J. Feuerstein
U.S.D.J.