**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------- X
**CANON U.S.A., INC.,**                              :    Case No. 2:19-cv-03339-SJF-AKT
                                                     :
       **Plaintiff,**                         :    ECF Case
                                                     :
       - against -                              :
                                                     :    **RULE 7.1 STATEMENT**
**HAWORTH, INC.,**                                   :
                                                     :
       **Defendant.**                        :
------------------------------------------------------- X

Pursuant to Federal Rule of Procedure 7.1, the undersigned counsel for Haworth, Inc. ("Haworth"), a non-governmental corporate party, certifies that Haworth has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York          **FRIEDMAN & WITTENSTEIN**
      July 31, 2019                       A Professional Corporation


                                      By: S/_____
                                            Stuart I. Friedman
                                            sfriedman@friedmanwittenstein.com

                                        599 Lexington Avenue
                                        12th Floor
                                        New York, New York 10022
                                        (212) 750-8700

                                        *Attorneys for Defendant Haworth, Inc.*